MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JANAKI GANDHI (CABN 272246)
Special Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: janaki.gandhi@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 14-0074 RS |
| Plaintiff, | ) |
| v. | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| JESUS RENE GARCIA-SANDOVAL, | ) EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| Defendant. | ) |

     The parties in this case appeared before the Court on February 18, 2014. At that time, the parties represented to the Court that additional time would be required for the government to produce discovery and for defense counsel to review discovery and conduct investigations. As a result, the Court set the matter to March 18, 2014.

     The parties have agreed to exclude the period of time between February 18, 2014, and March 18, 2014, from any time limits applicable under 18 U.S.C. § 3161. The parties agreed that granting the exclusion would maintain continuity of counsel and allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the

Stipulation and [Proposed] Order Excluding Time
CR 14-0074 RS

1  defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings
2  consistent with this agreement.

3
4        SO STIPULATED:

5                                                                  MELINDA HAAG
                                                                   United States Attorney
6

7  DATED: February 18, 2014                               _____/s/_____
8                                                                  JANAKI GANDHI
                                                                   Special Assistant United States Attorney
9

10 DATED: February 18, 2014                               _____/s/_____
                                                                   CANDIS MITCHELL
11                                                                 Attorney for Defendant Jesus Rene Garcia-
                                                                   Sandoval
12

Stipulation and [Proposed] Order Excluding Time
CR 14-0074 RS

[~~PROPOSED~~] ORDER

For the reasons stated above and at the February 18, 2014, hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from February 18, 2014, to March 18, 2014, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 2/20/14

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge

Stipulation and [Proposed] Order Excluding Time
CR 14-0074 RS