MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JANAKI GANDHI (CABN 272246)
Special Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: janaki.gandhi@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-0074 RS |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| JESUS RENE GARCIA SANDOVAL, | |
| Defendant. | |

     The parties in this case appeared before the Court on March 18, 2014.  At that time, the defense counsel represented to the Court that additional time would be required to review the discovery provided by the government, conduct investigations, and consider a possible resolution to the case.  As a result, the Court set the matter to April 15, 2014.

     The parties have agreed to exclude the period of time between March 18, 2014, and April 15, 2014, from any time limits applicable under 18 U.S.C. § 3161.  The parties agreed that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agreed that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.

§ 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this agreement.

SO STIPULATED:

                                                      MELINDA HAAG
                                                     United States Attorney

DATED: March 18, 2014                           /s/
                                                     JANAKI GANDHI
                                                     Special Assistant United States Attorney

DATED: March 18, 2014                           /s/
                                                   CANDIS MITCHELL
                                                   Attorney for Defendant Jesus Rene Garcia Sandoval

[~~PROPOSED~~] ORDER

For the reasons stated above and at the March 18, 2014, hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from March 18, 2014, to April 15, 2014, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 3/21/14

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge