UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>          Plaintiff,<br>    v.<br>GARCIA-SANDOVAL,<br>          Defendant. | Case No. 14-cr-00074-RS-1<br><br>**ORDER TO SHOW CAUSE** |

Jesus Rene Garcia-Sandoval moves to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, arguing the sentence he received is unconstitutional under *Johnson v. United States*, 135 S. Ct. 2551 (2015). His claim appears colorable and merits an answer from the government. Respondent is ordered to show cause as to why this petition should not be granted. The parties are therefore ordered to meet and confer and to submit a proposed briefing schedule within the next twenty-one days.

**IT IS SO ORDERED**.

Dated: July 22, 2016

_____
RICHARD SEEBORG
United States District Judge